UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AZUMAH ROBINSON,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendant. | Case No. 3:23-cv-01009-OAW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Azumah Robinson, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

DATED: 9/11/2023

Respectfully submitted,

PRO SE PLAINTIFF

Azumah Robinson, *Pro Se Plaintiff*

SEYFARTH SHAW LLP

By: */s/ Randi L. Halbert*
    Randi L. Halbert (CT #410786)
    rhalbert@seyfarth.com
    SEYFARTH SHAW LLP
    620 Eighth Avenue
    New York, New York 10018
    Telephone: (212) 218-5500
    Facsimile: (917) 344-1341

*Counsel for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on 9/11/2023, I presented the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

Azumah Robinson
85 Pond St.
New Haven, CT 06511

*/s/ Randi L. Halbert*
Randi L. Halbert
*Counsel for Defendant*
*Equifax Information Services LLC*